UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Appointment of the
Federal Community Defender                     Case No.  24-mc-51265

_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for witness Myka'h Blunt.  I certify that I am admitted to practice in this Court.

Date:  December 2, 2024

Respectfully Submitted,

**FEDERAL COMMUNITY DEFENDER**

s/ Amanda N. Bashi
Amanda N. Bashi
613 Abbott Street, Suite 500
Detroit, Michigan 48226
313-967-5845